IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

APRIL PERRY,

    Plaintiff,

-vs-                                                        Case No.: 14-CV-62462-BLOOM/Valle

CARIBBEAN CRUISE LINE, INC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, APRIL PERRY, and the Defendant, CARIBBEAN CRUISE LINE, INC., by and through the undersigned and hereby stipulate and agree that that this case has been settled, and pursuant to FRCP 41(a)(1)(A)(ii) is hereby dismissed in its entirety with prejudice with each party to bear its own attorney's fees and costs, and request that this case be summarily closed on the Court Docket.

Respectfully submitted this 12TH day of June, 2015.

| | |
|---|---|
|   /s/ Tav Gomez                |   /s/ Jeffrey Backman, Esq.    |
| Octavio Gomez, Esq. | Richard W. Epstein, Esq. |
| Florida Bar No. 338620 | Florida Bar No. 229091 |
| Morgan & Morgan, P.A. | Jeffrey Backman, Esq. |
| 201 N. Franklin Street, 7th Floor | Florida Bar No. 662501 |
| Tampa, FL 33602 | Greenspoon Marder, P.A. |
| Tele: (813) 223-5505 | 200 E. Broward Blvd., Suite 1800 |
| Fax: (813) 222-4725 | Ft. Lauderdale, FL 33301 |
| TGomez@ForThePeople.com | Tele: 954-491-1120 |
| Counsel for Plaintiff | Fax:   954-213-0140 |
| | Jeffrey.backman@gmlaw.com |
| | Counsels for Defendant |